**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SHEILA LYNN LAY,** | ) | Case No. 1:05 CV 1843 |
| | ) | |
| Plaintiff, | ) | Judge Dan Aaron Polster |
| | ) | |
| vs. | ) | <u>**JUDGMENT ENTRY**</u> |
| | ) | |
| **DONALD H. RUMSFELD, SEC'Y,** | ) | |
| **DEP'T OF DEFENSE,** | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the Memorandum of Opinion and Order filed on January 20, 2006, and pursuant to Federal Rule of Civil Procedure 58, it is hereby ORDERED, ADJUDGED AND DECREED that the above-captioned case is hereby terminated and dismissed as final.

                                                         */s/Dan Aaron Polster  1/31/2006*
                                                         **Dan Aaron Polster**
                                                         **United States District Judge**